

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00364-CV

ROBERT ("BOB") ROYAL AND RR                                              APPELLANTS
ROYAL RANCH COMPANY, A
TEXAS CORPORATION

V.

SAPH, LLC, A TEXAS LIMITED                                              APPELLEES
LIABILITY COMPANY, AND HAPPY
STATE BANK

------------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV15-1178

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On July 8, 2016, we notified appellants that their briefs had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We also notified appellant RR Royal Ranch Company that it had not timely filed a notice of new lead counsel as ordered by this court. We stated we

---

[1]*See* Tex. R. App. P. 47.4.

could dismiss the appeal for want of prosecution unless appellants or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellants' briefs have not been filed, and because appellant RR Royal Ranch Company has not filed a notice of new lead counsel, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: August 18, 2016